# United States Court of Appeals

## For the Eighth Circuit

_____

No. 22-1411

_____

Derrick Estell

*Plaintiff - Appellant*

v.

Walter Washington, Lieutenant, Varner SuperMax; Jonathan Martin, Captain, Varner SuperMax; Douglas E. Boultinghouse, Lieutenant, Varner SuperMax; Edward O'Connor, Sergeant, Varner SuperMax; Carolyn Wallace, Sergeant, Varner SuperMax; Rickey Minor, Sergeant, Varner SuperMax

*Defendants - Appellees*

Witni Knowles, Nurse, Varner SuperMax (originally named as Whitney Knowles)

*Defendant*

Ken Cunninham, Nurse, Varner SuperMax; Layton, Mental Health Worker, Varner SuperMax; Brandon C. Carroll, Major, Varner SuperMax; Shipman, Warden, Varner SuperMax; James Gibson, Warden, Varner SuperMax; Dexter Payne, Director, ADC; Marshall Dale Reed; Solomon Tobi, Sergeant, Varner SuperMax; Tyquarius Royal, Corporal, Varner SuperMax; Jude Ogbozor, Corporal, Varner SuperMax; Carlos Garrison, Officer

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas

_____

Submitted: October 27, 2022
Filed: November 1, 2022
[Unpublished]
_____

Before ERICKSON, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Arkansas inmate Derrick Estell appeals following the district court's[1] April 1, 2021, adverse grant of summary judgment for failure to exhaust administrative remedies. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. *See Townsend v. Murphy*, 898 F.3d 780, 783 (8th Cir. 2018) (reviewing de novo grant of summary judgment based on failure to exhaust). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas, adopting the Partial Recommended Disposition of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.